# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| LALITHA D. SARIPALLI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CV412-075 |
| | ) |
| SAVANNAH TECHNICAL COLLEGE; DR. KATHY LOVE, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Plaintiff Lalitha D. Saripalli brought this employment discrimination case against the Savannah Technical College and Dr. Kathy Love. Doc. 1. She has paid the Court's $350 filing fee but is proceeding *pro* se, so the Court issued her specific instructions -- basically reminding her that she must litigate her case by doing things like effecting service of process. Doc. 4.

Upon plaintiff's motion, the Court granted her an extension of Fed. R. Civ. P. 4(m)'s 120-day deadline, and thus directed her to meet it by August 15, 2012. Doc. 6. She has not. Within 14 days of the date this

Order is served, then, she must show why her case should not be dismissed for failing to comply.

**SO ORDERED**, this 29Th day of August, 2012.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA