# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| LALITHA D. SARIPALLI, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV412-075 |
| SAVANNAH TECHNICAL COLLEGE, | ) |
| Defendant. | ) |

## REPORT AND RECOMMENDATION

In its last Order the Court gave plaintiff Lalitha D. Saripalli until the close of business October 11, 2012 to show that she complied with Fed. R. Civ. P. 4(m) by serving defendant the Savannah Technical College with process in this employment-discrimination case. Doc. 9. She has failed to do so. Her case should therefore be **DISMISSED WITHOUT PREJUDICE**.

**SO REPORTED AND RECOMMENDED** this  22nd  day of October, 2012.

*/s/ G.R. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA