# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| LALITHA D. SARIPALLI, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SAVANNAH TECHNICAL )<br>COLLEGE, )<br>)<br>Defendant. ) | Case No. CV412-075 |

## ORDER

In light of plaintiff's Fed. R. Civ. P. 72(b)(2) Objection and defendant's Answer demonstrating service of process, docs. 12 & 13, the Court **VACATES** its Report and Recommendation advising dismissal pursuant to Fed. R. Civ. P. 4(m). Doc. 10.

**SO ORDERED** this 26th day of November, 2012.

/s/ G.R. Smith
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA