UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| LALITHA D. SARIPALLI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CV412-075 |
| | ) | |
| SAVANNAH TECHNICAL COLLEGE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

In light of plaintiff's Fed. R. Civ. P. 72(b)(2) Objection and defendant's Answer demonstrating service of process, docs. 12 & 13, the Court **VACATES** its Report and Recommendation advising dismissal pursuant to Fed. R. Civ. P. 4(m). Doc. 10.

**SO ORDERED** this 26th day of November, 2012.

/s/ G.R. Smith
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA