# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| LALITHA D. SARIPALLI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No.   CV412-075 |
| | ) |
| SAVANNAH TECHNICAL COLLEGE, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Before the Court is plaintiff Lalitha D. Saripalli's unopposed motion to extend discovery until May 10, 2013. Doc. 26. She also moves to reopen discovery. Doc. 29. Defendant, meanwhile, moves to extend the summary judgment deadline until thirty days after discovery closes. Doc. 30. The motions are, in the aggregate, **GRANTED** in part and **DENIED** in part. Discovery is extended until May 20, 2013, and summary judgment motions shall be due June 20, 2013. There will be no further discovery extensions.

**SO ORDERED**, this 6TH day of May, 2013.

*[Signature]*
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF GEORGIA**