IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

LALITHA D. SARIPALLI,       )
                            )
     Plaintiff,             )
                            )
v.                          )   CASE NO. CV412-075
                            )
TECHNICAL COLLEGE SYSTEM OF )
GEORGIA,                    )
                            )
     Defendant.             )
                            )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 64), to which objections have been filed (Doc. 66; Doc. 67). In his Report and Recommendation, the Magistrate Judge concludes that Plaintiff failed to provide documentation establishing her "indigency, her appellate issues, and her entitlement to redress." (Doc. 64 at 2.) As a result, the Magistrate Judge recommended that the Court deny Plaintiff permission to appeal in forma pauperis. (Id. at 2.)

In her objections, Plaintiff submitted extensive financial documentation in support of her claimed indigency. (Doc. 67.) However, Plaintiff still failed to offer any argument for her unsupported conclusion that her appeal is taken in good faith. Indeed, neither Plaintiff's original motion nor her objections include any mention of

those issues she wishes to raise on appeal. Moreover, the Court's review of the record in this case fails to reveal any issues that would support a good-faith appeal. Because "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith," 28 U.S.C. § 1915(a)(3); see Fed. R. App. P. 24(a)(3)(A), the report and recommendation is **ADOPTED** as the Court's opinion in this case. Accordingly, Plaintiff's Motion for Leave to Appeal In Forma Pauperis is **DENIED**.

SO ORDERED this 12th day of May 2014.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA