# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| LALITHA D. SARIPALLI, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. CV412-075<br>) |
| SAVANNAH TECHNICAL COLLEGE, | )<br>)<br>) |
| Defendant. | ) |

## ORDER

After this Court dismissed plaintiff Lalitha D. Saripalli's employment discrimination case, doc. 68, she appealed but the appeal was dismissed for lack of prosecution. Doc. 72. She now "requests for transfer of documents to Supreme Court of US/Georgia." Doc. 73. That motion (doc. 73) is **DENIED** as frivolous.[1]

---

1 See http://www.uscourts.gov/FederalCourts/UnderstandingtheFederalCourts/HowCourtsWork/TheAppealsProcess.aspx (site last visited Nov. 17, 2014) ("A litigant who loses in a federal court of appeals, or in the highest court of a state, may file a petition for a "writ of certiorari," which is a document asking the Supreme Court to review the case."). Should that Court grant review, plaintiff must then comply with U.S. Sup. Ct. R. 26 (create and file a "Joint Appendix" comprised of the lower court records).

**SO ORDERED**, this 17th day of November, 2014.

_____
**UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA**